aEE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF JOLIET, an Illinois Municipal Corporation, <br><br> Plaintiff, <br><br> v. <br><br> MID-CITY NATIONAL BANK OF CHICAGO, et al, <br><br> Defendants. | No. 05 CV 6746 <br><br> Hon. Charles R. Norgle |

## ORDER

For case control purposes, Plaintiff City of Joliet's Motion *In Limine* to Bar Evidence of Additional Inspections of Evergreen Terrace I and II [659] is granted for the reasons stated in open court on July 16, 2013.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: July 17, 2013