

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF JOLIET, an Illinois Municipal Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) | 
| MID-CITY NATIONAL BANK OF CHICAGO, et al, | ) ) ) |
| Defendants. | ) ) |

No. 05 CV 6746

Hon. Charles R. Norgle

### ORDER

Defendants Evergreen Terrace Tenants' Motion to Join New West/New Bluff's Motion to Reconsider the July 16, 2013 Orders Barring Testimony of Rhonda Caplinger and Linda Capriotti Regarding the 2013 REAC Inspections [756] is denied. After due diligence to include examining the transcripts of remarks made by Mr. Lapertosa, counsel for HUD, on June 19, 2013, the Evergreen Terrance Tenants are granted leave to file their own distinct and individual motion regarding the ruling of the Court on July 16, 2013. In addition, Plaintiff City of Joliet shall respond to all Defendants' motions to reconsider the Court's July 16, 2013 ruling on or before August 11, 2013. The parties are not required to appear on July 26, 2013.

ENTER:

_Charles R. Norgle_ (signature)

CHARLES RONALD NORGLE, Judge
United States District Court

DATE: July 15, 2013